■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR GARCIA, Appellant. [724 NYS2d 343] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (West, J.), rendered November 3, 1999, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application, in effect, for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606).

Assigned counsel's contentions relating to supplemental *pro se* briefs and the assignment of appellate counsel are not properly before this Court on direct appeal. Assigned counsel's remaining contention is improperly raised in his reply brief. Altman, J. P., Friedmann, Goldstein and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE GIBSON, Appellant. [724 NYS2d 343] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered July 30, 1997, convicting him of manslaughter in the first degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant voluntarily, knowingly, and intelligently waived his right to appeal all aspects of this case. His waiver encompassed his right to appellate review of the denial of that branch of his omnibus motion which was to suppress physical evidence, as well as his contention that the sentence imposed was excessive (*see, People v Isaac,* 279 AD2d 479; *People v Monk,* 270 AD2d 433; *People v Johnson,* 269 AD2d 468). Accordingly, appellate review of those issues is precluded. Bracken, P. J., Florio, Schmidt and Adams, JJ., concur.